UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RAKAN ALNAWAISEH,

                    Petitioner,                    Case No. 1:26-cv-2043

v.                                                 Honorable Jane M. Beckering

KEVIN RAYCRAFT et al.,

                    Respondents.

_____/

## **<u>ORDER</u>**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention. On July 17, 2026, Petitioner filed a motion to withdraw the habeas corpus petition. (ECF No. 5.) Voluntary dismissal of an action is governed by Rule 41 of the Federal Rules of Civil Procedure. That rule provides, *inter alia*, that a petitioner "may dismiss an action without a court order by filing" either "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or a stipulation of dismissal signed by all parties who have appeared." *See* Fed. R. Civ. P. 41(a)(1)(A). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *See* Fed. R. Civ. P. 41(a)(1)(B). Here, Respondents have not filed a response to Petitioner's § 2241 petition and, therefore, Petitioner need not have filed a motion to voluntarily dismiss this action. Nevertheless, the Court will grant Petitioner's motion to withdraw the petition (ECF No. 5) and will voluntarily dismiss this case.

Accordingly,

**IT IS ORDERED** that Petitioner's motion to withdraw the habeas corpus petition. (ECF No. 5), is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Court will enter a Judgment to that effect.


Dated:        July 27, 2026                              /s/ Jane M. Beckering
                                                         Jane M. Beckering
                                                         United States District Judge